IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRIORITY RECORDS, LLC<br>a California limited liability company,<br>et al., | :<br>:<br>: |
| Plaintiffs, | : |
| v. | :    CIVIL ACTION<br>:<br>:    NO. 1:04-cv-3152-WBH |
| FREIDA CHAMBERS, | : |
| Defendant. | : |

### ORDER

Before the Court is Plaintiffs' motion to compel [11]. Since Defendant did not respond to Plaintiffs' motion, this Court issued an order to show cause why the motion should not be granted as unopposed. Defendant has now retained counsel and counsel has filed a response to the order to show cause that states the Plaintiffs have agreed to allow Defendant until December 30, 2005, to complete discovery responses. For that reason, the Court DENIES the motion to compel with leave to re-file should Defendant fail to comply with the discovery requests.

Since discovery in this case has expired, the Court _sua sponte_ extends the discovery period until January 31, 2006.

It is so ORDERED, this __29__ day of November, 2005.

_____
Willis B. Hunt, Jr.
Judge, United States District Court